IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS KAPERAK, | ) | |
| | ) | Case No. 2:25-cv-00178 |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Kezia O. L. Taylor |
| | ) | |
| OFFICER WILLIAM DENNISON, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

### DEFICIENCY ORDER

Plaintiff is in an inmate currently incarcerated in the Washington County Correctional Facility. He has submitted to this Court a complaint for civil rights violations pursuant to 42 U.S.C. § 1983. However, Plaintiff's complaint was not accompanied by the required filing fee or a motion for leave to proceed *in forma pauperis*. If Plaintiff desires to proceed with this action, then he must: (1) pay the $405.00 filing fee, or (2) file a motion for leave to proceed *in forma pauperis* along with the supporting documents that are described below.

**AND NOW**, this 25th day of February, 2025, **IT IS HEREBY ORDERED** that the Clerk of Court mark this case administratively **CLOSED**. Plaintiff may reopen this case if, by **March 28, 2025**, he:

1. Pays the $405.00 filing fee,[1] or,

2. Files a properly completed motion and declaration in support of motion for leave to proceed *in forma pauperis*, copies of which are enclosed herein, along with a certified copy of the trust fund account statement for the 6-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(a)(1)-(2).

---

[1] This fee consists of a $350.00 statutory filing fee, as well as a $55 administrative fee.

Plaintiff's failure to comply with this order shall be construed as an indication that he no longer desires to continue prosecution of this case.

                                                                           BY THE COURT:

                                                                           s/Kezia O. L. Taylor
                                                                           KEZIA O. L. TAYLOR
                                                                           United States Magistrate Judge

Cc:    Lewis Kaperak
        41545
        Washington County Jail
        100 W. Cherry Ave.
        Washington, PA  15301